No. 665, Misc. JOHNSON v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 675, Misc. PENNSYLVANIA EX REL. YOUNG v. MYERS, ACTING WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 684, Misc. HEIRMAN v. FIDELITY & CASUALTY CO. OF NEW YORK ET AL. C. A. 8th Cir. Certiorari denied.

No. 687, Misc. LEMASTERS v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 691, Misc. HALL v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 694, Misc. BARRICK v. WISCONSIN. Supreme Court of Wisconsin. Certiorari denied.

No. 698, Misc. NOLAN v. MISSOURI ET AL. Supreme Court of Missouri. Certiorari denied.

No. 700, Misc. STRASSMAN v. NEW YORK. Onondaga County Court of New York. Certiorari denied.

No. 701, Misc. WILLIAMS v. DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 704, Misc. NEWSTEAD v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 705, Misc. NEWSTEAD v. UNITED STATES. Court of Claims. Certiorari denied.